UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Northern Division – In Admiralty

IN THE MATTER OF THE COMPLAINT
OF FISHERMAN'S WHARF FILLET, INC.,　　　　Civil Action No. 2:18-cv-00047-D
AS OWNER OF THE FISHING VESSEL
BALD EAGLE II

## ORDER ACCEPTING SECURITY

Limitation Plaintiff's Motion to Authorize Security is ALLOWED. Limitation Plaintiff is DIRECTED to provide a letter of undertaking in the amount of Four Hundred Thousand Dollars ($400,000.00), plus interest at the rate of 6% per annum and any costs not previously stipulated to by Limitation Plaintiff.

Limitation Plaintiff's Letter of Undertaking, "Exhibit A" to Limitation Plaintiff's Memorandum in Support of Motion to Authorize Security, provided by Limitation Plaintiff's underwriter, Sunderland Marine Insurance Company Limited, and submitted along with the Motion to Authorize Security, shall suffice as satisfaction of the requirement that Limitation Plaintiff post security, pursuant to 46 U.S.C. §§ 30501 *et seq.*, and Supplemental Rule F(1), Federal Rules of Civil Procedure.

As acknowledged therein, the Letter "in no way restricts or limits the right of any claimant to challenge the value of the vessel at issue, or to seek additional security should the value of the vessel be determined by the court to be in excess of $400,000."

SO ORDERED. This _8_ day of October 2018.

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

WE ASK FOR THIS

/s/ David N. Ventker
David N. Ventker (NC Bar No. 26028)
Marissa M. Henderson (NC Bar No. 46822)
Ventker Henderson, PLLC
256 West Freemason Street
Norfolk, Virginia 23510
Telephone: 757.625.1192
Facsimile: 757.625.1475
dventker@ventkerlaw.com
mhenderson@ventkerlaw.com

*Counsel for FISHERMAN'S WHARF FILLET, INC.*