UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Northern Division – In Admiralty

IN THE MATTER OF THE COMPLAINT
OF FISHERMAN'S WHARF FILLET, INC.,　　　　　Civil Action No. 2:18-cv-00047
AS OWNER OF THE FISHING VESSEL
BALD EAGLE II

## DISMISSAL ORDER

This day came the parties and represented to the Court that all disputes between them in this action have been settled and resolved. It therefore appearing to the Court that this matter ought to be dismissed, with prejudice, all parties to bear their own costs, and it further appearing that Limitation Plaintiff has posted security in the form of a Stipulation for Costs as required by the Rules of this Court and further posted a Letter of Undertaking on Behalf of Sunderland Marine Insurance Company Limited security for its interest in the value of the vessel as required by 46 U.S.C. § 30501 and Supplemental Rule F(1) of the Federal Rules of Civil Procedure, it is hereby ORDERED as follows:

1. This matter is dismissed, with prejudice, each party to bear its own costs; and

2. The Clerk of the Court shall mark both the Stipulation for Costs and the Letter of Undertaking on Behalf of Sunderland Marine Insurance Company Limited as "cancelled," and provide a copy of each so marked to David N. Ventker, Esq., counsel for limitation plaintiff. The Clerk shall also refund the sum of $500.00 posted as security for costs by limitation plaintiff in the form of a check made payable to "David N. Ventker, Esq., counsel for FISHERMAN'S WHARF FILLET, INC."

3. The Court shall maintain jurisdiction to enforce the settlement agreements referred to herein.

The Clerk is directed to provide certified copies of this Order to all counsel of record.

SO ORDERED. This 2 day of July, 2024.

                                                       JAMES C. DEVER III
                                                      United States District Judge

**WE ASK FOR THIS:**

/s/ Marissa M. Henderson
David N. Ventker, Esq. (NC Bar No. 26028)
Marissa M. Henderson (NC Bar No. 46822)
Ventker Henderson Stancliff, PLLC
256 West Freemason Street
Norfolk, Virginia 23510
Telephone:   757.625.1192
Facsimile:    757.625.1475
dventker@ventkerlaw.com
mhenderson@ventkerlaw.com

*Counsel for FISHERMAN'S WHARF FILLET, INC.*

**SEEN AND AGREED:**

/s/ Stephen C. Swain
Stephen C. Swain, Esq.
Ruloff, Swain, Haddad, Morecock,
Talbert & Woodward, P.C.
317 30th Street
Virginia Beach, VA 23451
(757) 671-6000
scswain@srgslaw.com

Deborah C. Waters, Esquire
Waters Law Firm, P.C.
Town Point Center, Suite 600
150 Boush Street
Norfolk, VA 23510
757- 622-5000
757-623-9189 – facsimile
dwaters@waterslawva.com

*Counsel for Arnold Haislip*